UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 24-4244 (DSD/TNL)

Damien Lashaun Nelson,

                    Plaintiff,

v.                                                    **ORDER**

Minnesota Department of
Corrections, et al.

                    Defendants.


This matter is before the court upon the report and recommendation by United States Magistrate Judge Tony N. Leung dated February 21, 2025 (R&R). Based on the files and records, and no objections having been filed, **IT IS HEREBY ORDERED** that:

1.   The R&R [ECF No. 14] is adopted; and

2.   This action is dismissed without prejudice for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: March 11, 2025

                                        s/David S. Doty
                                        David S. Doty, Judge
                                        United States District Court